IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| WILLIAM M. CUNNINGHAM, JR., *PERSONAL REPRESENTATIVE AND EXECUTOR OF THE ESTATE OF REBECCA C. CUNNINGHAM, DECEASED*, Plaintiff, | ) ) ) ) ) ) |
| v. | ) CIVIL ACTION NO. 1:10-00671-KD-C ) |
| HONEYWELL INTERNATIONAL, INC., *et al.*, Defendants. | ) ) ) ) |

**ORDER**

This matter is before the Court on the Plaintiff's "Rule 41(a)(1)(i) Notice of Dismissal Without Prejudice as to Aearo Company I, Inc. f/k/a Cabot Safety Corporation n/k/a Aearo Technologies LLC." (Doc. 54). Plaintiff voluntarily dismisses all of his claims against Defendant Aearo Company 1 without prejudice.

A Rule 41(a)(1)(A)(i) Notice of Dismissal is permissible if filed "before the opposing party serves either an answer or a motion for summary judgment[.]" This action was commenced on December 3, 2010. (Doc. 1). The record reveals that Defendant Aearo Company 1 has not filed an answer or motion for summary judgment in this case.

Accordingly, it is **ORDERED** that all of the Plaintiff's claims against Defendant Aearo Company 1 are hereby **DISMISSED** without prejudice.

Both parties shall bear their own costs.

Nothing herein shall be construed as dismissing any of the Plaintiff's claims against the remaining defendants.

**DONE** and **ORDERED** this the **5th** day of **April 2011.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**