IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| WILLIAM M. CUNNINGHAM, JR., *PERSONAL REPRESENTATIVE AND EXECUTOR OF THE ESTATE OF REBECCA C. CUNNINGHAM, DECEASED*, Plaintiff, v. HONEYWELL INTERNATIONAL, INC., *et al.*, Defendants. | ) ) ) ) ) ) ) ) CIVIL ACTION NO. 1:10-00671-KD-C ) ) ) ) |

**ORDER**

This matter is before the Court on the Plaintiff's "Rule 41(a)(1)(i) Notice of Dismissal Without Prejudice as to Compudyne, Inc., formerly Robintech, Inc. d/b/a York Shipley, Inc." (Doc. 82). Plaintiff voluntarily dismisses all of his claims against Defendant Compudyne, Inc., formerly Robintech, Inc., d/b/a York Shipley, Inc., without prejudice.

A Rule 41(a)(1)(A)(i) Notice of Dismissal is permissible if filed "before the opposing party serves either an answer or a motion for summary judgment[.]" This action was commenced on December 3, 2010. (Doc. 1). The record reveals that Defendant Compudyne, Inc., formerly Robintech, Inc., d/b/a York Shipley, Inc., has not filed an answer or motion for summary judgment in this case.

Accordingly, it is **ORDERED** that all of the Plaintiff's claims against Defendant Compudyne, Inc., formerly Robintech, Inc., d/b/a York Shipley, Inc., are hereby

**DISMISSED** without prejudice.

Both parties shall bear their own costs.

Nothing herein shall be construed as dismissing any of the Plaintiff's claims against the remaining defendants.

**DONE** and **ORDERED** this the **6th** day of **April 2011.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**