**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| **WILLIAM M. CUNNINGHAM, JR.,** *PERSONAL REPRESENTATIVE AND EXECUTOR OF THE ESTATE OF REBECCA C. CUNNINGHAM, DECEASED*,     **Plaintiff,** | ) ) ) ) ) ) |
| **v.** | ) **CIVIL ACTION NO. 1:10-00671-KD-C** ) |
| **HONEYWELL INTERNATIONAL, INC.,** *et al.*,     **Defendants.** | ) ) ) ) |

**ORDER**

This matter is before the Court on the Plaintiff's "Rule 41(a)(1)(i) Notice of Dismissal Without Prejudice as to Wagner Electric a/k/a Wagner Electric Corporation a/k/a Wagner Brake Products" (Doc. 95). Plaintiff voluntarily dismisses all of his claims against Defendant Wagner Electric a/k/a Wagner Brake Products without prejudice.

A Rule 41(a)(1)(A)(i) Notice of Dismissal is permissible if filed "before the opposing party serves either an answer or a motion for summary judgment[.]" This action was commenced on December 3, 2010. (Doc. 1). The record reveals that Defendant Wagner Electric a/k/a Wagner Brake Products has not filed an answer or motion for summary judgment in this case.

Accordingly, it is **ORDERED** that all of the Plaintiff's claims against Defendant Wagner Electric a/k/a Wagner Brake Products are hereby **DISMISSED** without prejudice.

Both parties shall bear their own costs.

Nothing herein shall be construed as dismissing any of the Plaintiff's claims against the remaining defendants.

**DONE** and **ORDERED** this the **6**[th] day of **April 2011.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**