# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| WILLIAM M. CUNNINGHAM, JR., *PERSONAL REPRESENTATIVE AND EXECUTOR OF THE ESTATE OF REBECCA C. CUNNINGHAM, DECEASED*, <br>     Plaintiff, <br><br> v. <br><br> HONEYWELL INTERNATIONAL, INC., *et al.*, <br>     Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) CIVIL ACTION NO. 1:10-00671-KD-C <br> ) <br> ) <br> ) <br> ) |

## CERTIFICATE PURSUANT TO 28 U.S.C. § 2403

On behalf of this Court and pursuant to 28 U.S.C. § 2403(b) and Fed. R. Civ. P. 5.1(b), I certify to the Attorney General of the State of Alabama that in this case there is drawn into question the constitutionality of Alabama's Wrongful Death Act, Ala. Code § 6-5-410 (1975), a statute affecting the public interest. This constitutional question is raised in Defendant Ford Motor Company's Answer (Doc. 119).

Pursuant to Fed. R. Civ. P. 5.1(c), if the Attorney General of the State of Alabama wishes to intervene in this case, he is **ORDERED** to do so on or before **June 13, 2011**.

The Clerk of Court is hereby **ORDERED** to send the Attorney General of the State of Alabama a certified copy of this certificate via certified mail.

**CERTIFIED** and **ORDERED** this the **12**th day of **April, 2011.**

                                              /s/ Kristi K. DuBose
                                              **KRISTI K. DuBOSE**
                                              **UNITED STATES DISTRICT JUDGE**