IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

WILLIAM M. CUNNINGHAM, JR., etc., :
:
    Plaintiff, :
:
vs.                                                 CA 10-0671-KD-C
:
HONEYWELL INTERNATIONAL, INC., et al., :
:
    Defendants.

## ORDER

This cause is before the undersigned on the motion for admission *pro hac vice* of Robert H. Sprain, Jr. (Doc. 176). Inasmuch as Mr. Sprain is admitted to practice before the Supreme Court of Alabama and is in good standing (*see id.*, Application for Admission to Practice), he is **INVITED** to join the Bar of this Court. *See* SD ALA LR 83.5(b)(1) & (2) ("Any attorney who is admitted to practice before the Supreme Court of Alabama and who is in good standing, may be admitted to the Bar of this Court upon submission of an application, payment of the prescribed admission fee, and (1) the order of a district judge of this Court, on oral or written motion by a member of the Bar of this Court or on the court's own motion, and the administering of the prescribed oath before any district judge, or other designee of this Court; or (2) the filing of a certificate of good standing from the clerk of the United States District Court located within the State of Alabama for the district in which the applicant resides or regularly practices law."). His present request for

admission *pro hac vice* (Doc. 176) is **TEMPORARILY GRANTED** until such time as he completes the admission process. In the event that Mr. Sprain has not been admitted to the Bar of this Court by **May 23, 2011**, he shall show cause, not later than **June 6, 2011**, as to why he should not be removed as counsel. That portion of the local rule upon which Mr. Sprain relies in this motion was intended to provide non-members of the Alabama Bar (usually out-of-state attorneys) a limited opportunity to appear in a particular case. *See* SD ALA LR 83.5(c).

**DONE** and **ORDERED** this the 18th day of April, 2011.

s/WILLIAM E. CASSADY
**UNITED STATES MAGISTRATE JUDGE**