# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| WILLIAM M. CUNNINGHAM, JR., *PERSONAL REPRESENTATIVE AND EXECUTOR OF THE ESTATE OF REBECCA C. CUNNINGHAM, DECEASED*, Plaintiff, | ) ) ) ) ) ) |
| v. | ) CIVIL ACTION NO. 1:10-00671-KD-C ) |
| HONEYWELL INTERNATIONAL, INC., *et al.*, Defendants. | ) ) ) ) |

## ORDER

This matter is before the Court on Defendant General Electric Company's Answer to the Complaint (Doc. 232), its Corporate Disclosure Statement (Doc. 233), and its Answer to the Amended Complaint (Docs. 234).

It is **ORDERED** that Documents 232, 233, and 234 are **STRICKEN**, as they were improperly filed with the Court. Pursuant to the unnumbered docket notation entered April 28, 2011, this action has been transferred to the United States District Court for the Eastern District of Pennsylvania as a Multi-District Litigation (MDL-875) asbestos action. The new case number for this action in Pennsylvania is 11-63918, and all docketing is now to be conducted in the Eastern District of Pennsylvania with the referenced case number.

**DONE** and **ORDERED** this the **22nd** day of **June, 2011.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**